**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Kenneth B. KUBINSKI, Defendant-Appellant.**

**No. 17-7171**

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 28, 2017

Kenneth B. Kubinski, Appellant Pro Se.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth B. Kubinski appeals the district court's order denying relief on his Fed. R. Crim. P. 36 motion to remove a factual statement from the presentence report associated with his 1994 convictions. Rule 36 motions, however, apply only to clerical errors and are not the proper vehicle for challenging the substance of the information in a presentence report; such challenges must be filed within 14 days of receiving the report. *See* Fed. R. Crim. P. 32(f). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*